IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KRISTIN C. EPPERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 06-3134 |
| | ) |
| VALENTINE & KEBARTAS INC., | ) |
| | ) |
| Defendant. | ) |

## OPINION

RICHARD MILLS, U.S. District Judge:

On August 24, 2006, Plaintiff filed a Motion to Dismiss With Prejudice. No Answer or summary judgment motion has yet been filed by the Defendant. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1).

<u>Ergo</u>, Plaintiff's Motion to Dismiss With Prejudice (d/e 3) is ALLOWED. Each party is to bear its own costs. This case is CLOSED.

IT IS SO ORDERED.

ENTER:    August 24, 2006

FOR THE COURT:                     s/ Richard Mills
                                   United States District Judge